# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM M. APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC, and OVO WEALTH MANAGEMENT, LLC, | : | CASE NO. 1:15-cv-00699 |
| | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| CONNIE APOSTELOS, APOSTELOS ENTERPRISES, INC., COLEMAN CAPITAL, INC., and SILVER BRIDLE RACING, LLC, | : | |
| | : | |
| | : | |
| Relief Defendants. | : | |
| | : | |

## SUMMONS IN A CIVIL ACTION

To:  William M. Apostelos, c/o Dwight Brannon, Brannon & Associates, 130 West Second Street, Suite 900, Dayton, OH  45402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John E. Birkenheier
> United States Securities and Exchange Commission
> 175 West Jackson Boulevard
> Suite 900
> Chicago, Illinois 60604-2908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*