Case: 1:15-cv-00699-SJD



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-v-<br><br>WILLIAM M. APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC, and OVO WEALTH MANAGEMENT, LLC,<br><br>Defendants, and<br><br>CONNIE APOSTELOS, APOSTELOS ENTERPRISES, INC., COLEMAN CAPITAL, INC. and SILVER BRIDLE RACING, LLC,<br><br>Relief Defendants. | RELIEF DEFENDANTS CONNIE APOSTELOS et al MOTION FOR CONTINUANCE FOR ANSWER TO COMPLAINT.<br><br>Case No. 1:15-cv-00699 |

## PRO SE MOTION FOR CONTINUANCE

Comes now, Connie Apostelos, Apostelos Enterprises, Inc., Coleman Capital, Inc., and Silver Bridle Racing, LLC,

Centerville, Ohio 45459

aposteloslegal@outlook.com

Relief Defendants in the above captioned case, and respectfully requests that the deadline for answer to the plaintiffs' complaint in this matter, set for January 8, 2016, be continued for 20 days. In support of this request the Relief Defendants state that a continuance is needed because:

The Relief Defendants are trying to obtain legal representation for this matter.

The Relief Defendants understand that the time of the continuance will not be counted for the purposes of determining whether his or her right to a speedy trial is violated.

_Connie Apostelos_
Relief Defendant

1/7/16
Date

Connie Apostelos
5818 Wilmington Pike
Centerville, OH 45459