IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-v-<br><br>WILLIAM M. APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC, and OVO WEALTH MANAGEMENT, LLC,<br><br>Defendants, and<br><br>CONNIE APOSTELOS, APOSTELOS ENTERPRISES, INC., COLEMAN CAPITAL, INC. and SILVER BRIDLE RACING, LLC,<br><br>Relief Defendants. | DEFENDANTS WILLIAM APOSTELOS et al MOTION FOR CONTINUANCE FOR ANSWER TO COMPLAINT.<br><br>Case No. 1:15-cv-00699 |

## PRO SE MOTION FOR CONTINUANCE

Comes now, William Apostelos, WMA Enterprises, LLC, Midwest Green Resources, LLC and OVO Wealth Management, LLC,

Case: 1:15-cv-00699-SJD

Centerville, Ohio 45459

aposteloswlegal@outlook.com

Defendants in the above captioned case, and respectfully requests that the deadline for answer to the plaintiffs' complaint in this matter, set for January 8, 2016, be continued for 20 days. In support of this request the Defendants state that a continuance is needed because:

The Defendants are trying to obtain legal representation for this matter.

The Defendants understand that the time of the continuance will not be counted for the purposes of determining whether his or her right to a speedy trial is violated.

_____
Defendant

_____1/7/16_____
Date

William Apostelos
5818 Wilmington Pike
Centerville, Ohio 45459