## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES<br>AND EXCHANGE COMMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM M. APOSTELOS, WMA | : | CASE NO. 1:15-cv-00699-SJD |
| ENTERPRISES, LLC, MIDWEST GREEN | : | |
| RESOURCES, LLC, and OVO WEALTH | : | JUDGE SUSAN J. DLOTT |
| MANAGEMENT, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| CONNIE APOSTELOS, APOSTELOS | : | |
| ENTERPRISES, INC., COLEMAN | : | |
| CAPITAL, INC., and SILVER BRIDLE | : | |
| RACING, LLC, | : | |
| | : | |
| Relief Defendants. | : | |
| | : | |

## NOTICE OF RELATED CASES

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully

submits this notice of the following related cases:

*Boyd, et al. v. The Kingdom Trust Company, et al.*, 3:16-cv-00009-TMR, J. Rose

*USA v. Fairchild*, 3:16-cr-00002-TMR, J. Rose

*USA v. Riddell*, 3:16-cr-00001-TMR, J. Rose

*USA v. Apostelos, et al.*, 3:15-cr-00148-TMR, J. Rose

*USA v. Race Horse Named Shanon Nicole, Net Sale Proceeds in the Amount of $195,772.50, et al.*,

     3:15-cv-000143-TMR, J. Rose

*USA v. Real Property Known as 35 Commercial Way, Springboro, OH 45066, et al.*,

     3:14-cv-000381-TMR, J. Rose

*In re Apostelos, et al.*, 3:14-bk-33677, J. Walter

Respectfully submitted,

s/ Meredith Jenkins Laval
Meredith Jenkins Laval, Trial Attorney
John E. Birkenheier, Trial Attorney
Amy S. Cotter
**U.S. SECURITIES AND EXCHANGE COMMISSION**
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398
Email: lavalm@sec.gov
       birkenheierj@sec.gov
       cottera@sec.gov

*Attorneys for Plaintiff*

Dated: January 13, 2016

**CERTIFICATE OF SERVICE**

I, Meredith Jenkins Laval, an attorney for the United States Securities and Exchange Commission, hereby certify that on January 13, 2016, a copy of the foregoing Notice of Related Cases was served by ECF on Filing Users and by UPS on William M. Apostelos, WMA Enterprises, LLC, Midwest Green Resources, LLC, Connie Apostelos, OVO Wealth Management, LLC, Apostelos Enterprises, Inc., Coleman Capital, Inc., and Silver Bridle Racing, LLC at 5818 Wilmington Pike, Centerville, OH 45459.

s/ Meredith Jenkins Laval
Meredith Jenkins Laval