**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : | Case No. 1:15-cv-699 |
| | : | Judge Thomas M. Rose |
| Plaintiff, | : : | |
| v. | : : | |
| WILLIAM M. APOSTELOS, et al., | : : | |
| Defendants. | : | |

---

**ENTRY AND ORDER GRANTING PLAINTIFF UNITED STATES
SECURITIES AND EXCHANGE COMMISSION'S MOTION TO LIFT STAY
(DOC. 27)**

---

This case is before the Court on the Motion to Lift Stay (Doc. 27) filed by the United States Securities and Exchange Commission ("SEC"). The Court stayed this case pending the resolution of a related criminal case, *United States v. William M. Apostelos & Connie Apostelos*, 3:15-cr-148. (Doc. 25.) The SEC reports that the criminal case has concluded. As a result, it is now appropriate to lift the stay of this case so that it may proceed to a resolution.

**WHEREFORE**, the Court **GRANTS** the SEC's Motion to Lift Stay (Doc. 27). Defendants and the Relief Defendants are **ORDERED** to respond to the Complaint (Doc. 1) within 21 days of entry of this Order.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, February 14, 2018.

s/Thomas M. Rose

---
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE