# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:15-cv-699 |
| Plaintiff, | Judge Thomas M. Rose |
| v. | |
| WILLIAM M. APOSTELOS, et al., | |
| Defendants. | |

---

## ENTRY AND ORDER GRANTING THE SEC'S MOTION TO STRIKE ANSWER OF WMA ENTERPRISES, LLC; MIDWEST GREEN RESOURCES, LLC; AND OVO WEALTH MANAGEMENT, LLC AND FOR ENTRY OF DEFAULT (DOC. 44)

---

This case is before the Court on the Motion to Strike Answer of WMA Enterprises, LLC ("WMA"); Midwest Green Resources, LLC ("Midwest Green"); and OVO Wealth Management, LLC ("OVO") and for Entry of Default (Doc. 44) filed by Plaintiff United State Securities and Exchange Commission ("SEC"). On April 19, 2018, Defendant William M. Apostelos filed an Answer on his own behalf and on behalf of WMA, Midwest Green and OVO (the "Corporate Entity Defendants"). Prior to that filing, the Court had informed Mr. Apostelos, who is proceeding *pro se*, that the Corporate Entity Defendants may appear in federal court only through licensed counsel and may not be represented by him. (Doc. 22.) In the interim between the Court's Order and Mr. Apostelos's Answer, the law has not changed. Corporate entities still may only appear in federal court through licensed counsel. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993); *Taylor Steel, Inc. v. Keeton*, 417 F.3d 598, 603 (6th Cir. 2005). Mr. Apostelos is not a licensed attorney. The Answer he filed on

behalf of the Corporate Entities therefore is not valid and shall be stricken.  The Court **GRANTS** the SEC's Motion to Strike (Doc. 44).  (The Clerk shall not strike the entire pleading, however, because Mr. Apostelos's Answer on his own behalf shall remain in the record.  This Order strikes only those portions of the Answer purporting to be filed on behalf of the Corporate Entity Defendants.)

Because no valid answer or motion by the Corporate Entity Defendants has been filed in response to the Complaint within the time limit fixed by the Court, the Corporate Entity Defendants are in default.  The Court therefore directs the Clerk to enter a default against WMA, Midwest Green and OVO.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, July 20, 2018.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE