# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : | Case No. 1:15-cv-699 |
| Plaintiff, | : : | Judge Thomas M. Rose |
| v. | : : | |
| WILLIAM M. APOSTELOS, et al., | : : | |
| Defendants. | : | |

## ENTRY AND ORDER DENYING MOTION FOR RECONSIDERATION OF DEFAULT JUDGMENT OF 9/25/2018 (DOC. 59)

This case is before the Court on the Motion for Reconsideration of Default Judgment of 9/25/2018 (Doc. 59) filed by Defendant William M. Apostelos. On September 25, 2018, the Clerk entered a default against Defendants Connie Apostelos, Apostelos Enterprises, Inc., Coleman Capital, Inc. and Silver Bridle Racing, LLC for having failed to plead or otherwise defend in this case as required by law. (Doc. 55.) On October 1, 2018, the Court granted the SEC's Motion for Default Judgment (Doc. 54) and entered final judgment against the same Defendants (as well as other Defendants in default). Mr. Apostelos's instant Motion seeks reconsideration of the default judgment entered against these Defendants. Mr. Apostelos is also a Defendant in this case. He is proceeding *pro se* and is not an attorney.

As the Sixth Circuit has stated, "[a] nonlawyer can't handle a case on behalf of anyone except himself." *Zanecki v. Health All. Plan of Detroit*, 576 F. App'x 594, 595 (6th Cir. 2014) (quoting *Georgakis v. Ill. State Univ.*, 722 F.3d 1075, 1077 (7th Cir.2013)); *see also* 28 U.S.C. § 1654. "The rule against non-lawyer representation 'protects the rights of those before the court'

by preventing an ill-equipped layperson from squandering the rights of the party he purports to represent." *Bass v. Leatherwood*, 788 F.3d 228, 230 (6th Cir. 2015) (quoting *Zanecki,* 576 Fed. App'x at 595). In addition, as Mr. Apostelos is aware from the Court's prior rulings in this case, corporate entities may only appear in federal court through licensed counsel. (Doc. 46 at 1, citing *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993); *Taylor Steel, Inc. v. Keeton*, 417 F.3d 598, 603 (6th Cir. 2005).)

Mr. Apostelos is not permitted to represent Connie Apostelos or the corporate entities against which the default judgment was entered. His Motion for Reconsideration (Doc. 59) is therefore **DENIED**.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 17, 2018.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE